UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                  Case No. 8:13-cr-84-T-30TGW

CORDEY JERMEL ADAMS

### FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the United States' Motion for a Final Judgment of Forfeiture (Doc. 31), pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), for $3,709.00 in United States currency.

On February 4, 2014, the Court entered a Preliminary Order of Forfeiture forfeiting to the United States all right, title, and interest of Adams in the currency, pursuant to 21 U.S.C. § 853.   Doc. 23.

The Court finds that, in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the currency on the official government website, www.forfeiture.gov, from February 5, 2014 and March 6, 2014.   Doc. 28.   The publication gave notice to all third parties with a legal interest in the currency to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 60 days of the first date of publication.

1

The Court further finds that no person other than defendant Adams, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, is known to have an interest in the currency. No third party has claimed an interest in the currency, and the time for filing a petition has expired. Accordingly, it is hereby

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 31) is GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), all right, title and interest in the currency is CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the currency is now vested in the United States of America.

DONE and ORDERED in Tampa, Florida, this 9th day of April, 2014.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2013\13-cr-84 fj forfeit 31.docx

2