UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                               Case No. 8:13-cr-84-T-30TGW

CORDEY JERMEL ADAMS

## ORDER

THIS CAUSE comes before the Court upon the United States of America's Motion (Doc. 53), pursuant to Rule 36 of the Federal Rules of Criminal Procedure, for an Amended Judgment in a Criminal Case incorporating the Preliminary Order of Forfeiture rather than the Final Judgment of Forfeiture.

As Rule 32.2(b)(4)(B) states, and as the United States and the defendant have agreed, this error may be corrected at any time, pursuant to Rule 36.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 53) is GRANTED.

It is further ORDERED that the Clerk shall prepare an amended judgment incorporating the Preliminary Order of Forfeiture (Doc. 23).

DONE and ORDERED in Tampa, Florida, this 5th day of November, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record